IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL D. RIGGINS, AIS # 184051, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv931-TMH |
| ) | (WO) |
| SOPHA KUOY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 1, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the magistrate judge's recommendation (Doc. # 8) is adopted and that this case is transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

The clerk of the court is DIRECTED  to take appropriate steps to effect the transfer.

This case is closed in this court.

Done this the 8th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　  /s/ MYRON H. THOMPSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE